■ In the Matter of MARK KRESSNER, a Suspended Attorney. [603 NYS2d 723] —Motion granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective September 23, 1993. Concur—Carro, J. P., Ellerin, Kupferman, Ross and Kassal, JJ.

■ In the Matter of MICHAEL G. MARINANGELI, a Suspended Attorney. [603 NYS2d 722] —Application to stay respondent's suspension, pending a final determination in this disciplinary proceeding, denied in its entirety. Concur—Sullivan, J. P., Carro, Kupferman, Ross and Nardelli, JJ.

■ In the Matter of SIDNEY M. SEGALL, a Disbarred Attorney. [603 NYS2d 723] —Motion granted only to the extent of permitting petitioner to apply for reinstatement subsequent to January 1995. Concur—Sullivan, J. P., Ellerin, Asch, Kassal and Nardelli, JJ.